UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties#**

| | |
|---|---|
| #<br>CATHERINE A. JORITZ<br><br>            Plaintiff-Appellant,<br><br>v.<br><br>UNIVERSITY OF KANSAS<br><br><br>            Defendant-Appellee | Case No. 20-3234 |

    In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for

University of Kansas, Appellee/Respondent, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows: **(Check one.)**

X    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

    There are no such parties, or any such parties have already been disclosed to the court.

| | |
|---|---|
| Derek T. Teeter | Michael T. Raupp |
| Name of Counsel | Name of Counsel |
| /s/ Derek T. Teeter | /s/ Micahel T. Raupp |
| Signature of Counsel | Signature of Counsel |
| Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, Missouri 64112<br>(816) 983-8000 | Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, Missouri 64112<br>(816) 983-8000 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| derek.teeter@huschblackwell.com | michael.raupp@huschblackwell.com |
| E-Mail Address | E-Mail Address |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on December 8, 2020 via first-class, prepaid U.S. Mail to Catherine A. Joritz, *pro se*, PO Box 422 Perry, KS 66073, and via e-mail to cjanimate@aol.com.

/s/ Derek T. Teeter

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| CATHERINE A. JORITZ<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNIVERSITY OF KANSAS<br><br>Defendant-Appellee | Case No. 20-3234 |

**Certificate of Interested Parties**

    The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

    Bernadette Gray-Little, Carl Lejuez, Stuart J. MacDonald and Michael Baskett were additional defendants in the underlying district court case (17-cv-04002-SAC-JPO).  They were represented in the district court by Derek T. Teeter and Michael T. Raupp of Husch Blackwell LLP.

    The University of Kansas was previously represented in the district court by Megan K. Walawender, who filed a notice of withdrawal of appearance in the district court on January 17, 2019.