# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Catherine A. Joritz, *Pro Se*

    Plaintiff-Appellant                  Case No. 20-3234

v.

University of Kansas

    Defendant-Appellee

## MOTION REQUESTING PERMISSION
## TO ELECTRONICALLY FILE PLEADINGS IN THIS CASE

COMES NOW Plaintiff-Appellee, Catherine A. Joritz, *pro Se*, who requests permission to electronically file pleadings in this case.

DATE: 12.18.20

                                                  Respectfully submitted,

*/s/ Catherine Joritz*

Catherine A. Joritz, *pro Se*
PO Box 422
Perry, KS 66073
T: (630) 857-8907
E: cjanimate@aol.com

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Catherine A. Joritz, *Pro Se*

        Plaintiff-Appellant                      Case No. 20-3234

v.

University of Kansas

        Defendant-Appellee

### NOTICE AND CERTIFICATE OF SERVICE

TO:    Derek Teeter and Michael Raupp, *Attorneys for Defendant-Appellants*

You are hereby notified that Cathy Joritz, *pro Se*, did on 12.18.20 cause to be filed per US Postal service:

### MOTION REQUESTING PERMISSION
### TO ELECTRONICALLY FILE PLEADINGS IN THIS CASE

You have been emailed a copy of this motion on 12.18.20 to:

Derek T. Teeter derek.teeter@huschblackwell.com
Michael T. Raupp michael.raupp@huschblackwell.com

DEREK T. TEETER / MICHAEL T. RAUPP *Attorneys for the University of Kansas*
HUSCH BLACKWELL LLP
4801 Main, Suite 1000,
Kansas City, Missouri 64112

*[signature: Cathy Joritz]*

Cathy Joritz, *pro Se*
PO Box 422, Perry, KS 66073, E: cjanimate@aol.com, T: (630) 857-8907

C. JORTZ
PO BOX 422
Perry KS
66073

United States Court of Appeals
10th Circuit
Office of the Clerk
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO
80257

KANSAS CITY 640
19 DEC 2020 PM 6 L

