# No. 20-3234

# IN THE

# United States Court of Appeals for the Tenth Circuit

| | |
|---|---|
| CATHERINE A. JORITZ, *PRO SE*<br>　　PLAINTIFF-APPELLANT<br><br>V.<br><br>UNIVERSITY OF KANSAS<br>　　DEFENDANTS-APPELLEE | ) On Appeal from the United States<br>) District Court for the District of Kansas<br>)<br>) Case No. 5:17-cv-04002-SAC-JPO<br>) The Honorable Sam A. Crow<br>)<br>) **APPELLANT'S MOTION**<br>) **FOR A SECOND 30-DAY**<br>) **EXTENSION OF TIME TO**<br>) **FILE BRIEF**<br>) |

COMES NOW Appellant Catherine A. Joritz, *pro Se*, who pursuant to Kansas 10th Cir. R. 27.6 respectfully requests this Court to grant Appellant a 30 (thirty)-day extension of time file her Opening Brief in this matter, with a new due date of April 26, 2021. In support of this motion, Appellant states the following:

### FACTUAL BACKGROUND AND ARGUMENT

1. Appellant filed a notice of appeal on November 24, 2020 [Doc 30].

2. Due to multiple reasons beyond Appellant's control Appellant filed a Motion for a 60-Day Extension of Time to File her Brief on February 17, 2021 (EXHIBIT 1). Had this motion been granted, Appellant's due date would have been April 26, 2021.

3. This Honorable Court granted Appellant a 30-day extension of time, with a new due date of March 25, 2021 for Appellant's Brief.

4. Appellant has still been unable to work on her Brief in this matter due to her involvement with the multiple other legal cases running concurrent to this case, which included:

   a. In Illinois Will County Probate Court, case No 20P914, filed on November 18, 2020, related to Appellant's recently deceased father: This case is still open as legal issues related to the closing of the case must be attended to.

   b. In Kansas, Case No. 20-123086-A: Appellant is also Appellant in an appeal from District Court Case No. 2016CV254. Appellant filed her Opening Brief on 2/12/21.

   c. In Illinois Will County Chancery Court, Case No. 20CH767: On 11/10/20 Appellant, by and through an attorney, filed a Complaint for Equitable and Other Relief against two alleged abusers of her father. That case is proceeding Appellant is involved in compiling and collecting evidence in that case.

   d. Following the death of Appellant's father (Feb. 12, 2021) in Illinois Will County Probate Court a new case has been opened to probate the estate of Appellant's father, Case No. 21P215. Appellant is involved in contesting this case (see c.).

5. Appellee is pro se in the cases a., b. and d. above.

7. For the above reasons, Appellant has been unable to focus on preparing her Brief.

8. Appellant, *pro Se*, has no training in law and few resources. Appellant requires more time than an experienced attorney in order to research case law, prepare, formulate, format and file her Brief.

9. This is Appellant's second request for an extension of time.

10. Appellant reached out to Appellee's attorneys at the time of writing her Motion for a 60-day Extension of Time, and they agreed to it (EXHIBIT 2). Appellant recently

reached out again to Appellee's attorneys but at the time of writing has not heard back from them.

11. The additional time requested for Appellant's Opening Brief is reasonable and in the interest of justice.

12. Granting this motion will not adversely affect the Appellee.

## CONCLUSION

For the afore stated reasons, Appellant Catherine A. Joritz, pro se, hereby respectfully requests this Court to grant a 30 (thirty)-day extension of time to file Appellant's Opening Brief with a new due date of April 26, 2021.

Dated: March 11, 2021

Respectfully submitted,

*[signature: Cathy Joritz]*

Cathy Joritz, *Pro Se*
PO Box 422,
Perry, KS 66072
T: 630 857 8907
E: cjanimate@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing using the Court's CM/ECF system. On March 11, 2021, a copy of the foregoing was emailed to:

derek.teeter@huschblackwell.com

Michael.Raupp@huschblackwell.com

MICHAEL RAUPP *Attorney for Defendants-Appellants*
DEREK T. TEETER *Attorney for Defendants-Appellants*
Husch-Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000

Cathy Joritz, Appellee *pro se*
PO Box 422,
Perry, KS 66072
T: 630 857 8907
E: cjanimate@aol.com

No. 20-3234

IN THE

United States Court of Appeals for the Tenth Circuit

| | |
|---|---|
| CATHERINE A. JORITZ, *PRO SE* <br> PLAINTIFF-APPELLANT <br><br> V. <br><br> UNIVERSITY OF KANSAS <br> DEFENDANTS-APPELLEE | On Appeal from the United States <br> District Court for the District of Kansas <br><br> Case No. 5:17-cv-04002-SAC-JPO <br> The Honorable Sam A. Crow |

**Affidavit in Support of APPELLANT'S MOTION FOR A SECOND 30-DAY EXTENSION OF TIME TO FILE BRIEF**

Catherine/Cathy Joritz, being first duly sworn on oath, deposes and states as follows:

I am the Appellant in this case.

I declare under penalty of perjury that the statements set forth in said document is true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Catherine ("Cathy") Joritz

Subscribed and sworn to before me on
11th of March, 2021
Douglas County
State of KS

PHILIP H. MORLAN
Notary Public - State of Kansas
My Appt. Expires 09/18/2023

No. 20-3234

IN THE

United States Court of Appeals for the Tenth Circuit

| | |
|---|---|
| CATHERINE A. JORITZ, *PRO SE*<br>　　PLAINTIFF-APPELLANT<br><br>V.<br><br>UNIVERSITY OF KANSAS<br>　　DEFENDANTS-APPELLEE | ) On Appeal from the United States<br>) District Court for the District of Kansas<br>)<br>) Case No. 5:17-cv-04002-SAC-JPO<br>) The Honorable Sam A. Crow<br>)<br>) **APPELLANT'S MOTION**<br>) **FOR A 60-DAY**<br>) **EXTENSION OF TIME TO**<br>) **FILE BRIEF**<br>) |

COMES NOW Appellant Catherine A. Joritz, *pro Se*, who pursuant to Kansas 10th Cir. R. 27.6 respectfully requests this Court to grant Appellant a 60 (sixty)-day extension of time file her Opening Brief in this matter, with a new due date of April 26, 2021. In support of this motion, Appellant states the following:

**FACTUAL BACKGROUND AND ARGUMENT**

1. Appellant filed a notice of appeal on November 24, 2020 [Doc 30].

2. Appellant's Opening Brief is currently due on February 23, 2021.

3. Appellant has been unable to work on her Brief in this matter due to her involvement with multiple other legal cases running concurrent to this case. They include:

　a. In Illinois Will County Probate Court, case No 20P914, filed on November 18, 2020: An emergency temporary guardianship petition, along with several motions, with which Appellant attempted to protect her elderly father. Appellant collected evidence for months prior to filing her petition and multiple motions, as the case

1

EXHIBIT 1

    involved elder-abuse, which Appellant, over months, became increasingly aware of. This case required an extraordinary amount of time as Appellant was not "only" researching and filing motions, preparing for and attending hearings, she also needed to monitor her father's well-being as well as possible despite enormous obstacles, which are too many to be detailed here. This case was prioritized as it involved Appellant's father and Appellant's struggle to protect/rescue her father from elder abuse.

   b. In Kansas, Case No. 20-123086-A: Appellant is also Appellant in an appeal from District Court Case No. 2016CV254. Appellant filed her Opening Brief on 2/12/21 – just last week. This case will require additional filings in the near future, such as Appellant's reply to Appellee's expected response to Appellant's Brief. This case was prioritized because the University opposed any further extensions of time. Appellant was forced to finish her Brief, despite her struggles on behalf of her father, if she wanted a chance to return to her professor position.

5. Appellee is pro se in the cases above.

6. On Feb 12, 2021, prior to any meaningful ruling in the guardianship case, Appellant's father died. Upon information and belief, it was a wrongful death. Appellant is searching for a lawyer for a potential wrongful death case.

7. In Illinois Will County Chancery Court, Case No. 20CH767: On 11/10/20 Appellant, by and through an attorney, filed a Complaint for Equitable and Other Relief against two alleged abusers of her father. That case is proceeding and attempts to reverse the ill effects of fraudulent transfer/elder abuse on Appellant father's estate. Appellant will enter her appearance pro se and is currently preparing pleadings to file in that

2

case, which Illinois law permits, and intends on proceeding pro se with the aid an attorney hired on a limited scope basis.

8. Appellant plans on attending her father's Illinois burial and must attend to numerous, still-unresolved guardianship-case-related legal actions in the coming weeks/months.

9. In light of the above, it will not be possible to file the Brief on time, even if Appellant exercises due diligence and gives priority to preparing her Brief.

10. Appellant, *pro Se*, has no training in law and few resources. Appellant requires more time than an experienced attorney in order to research case law, prepare, formulate, format and file her Brief.

11. This is Appellant's first request for an extension of time.

12. A 60-day extension of time is more realistic than a requesting two 30-day extensions of time, which foreseeably would be requested in this matter, and saves this Honorable Court the time it would take to consider a second 30-day extension of time.

13. Appellant has reached out to Appellee's attorneys, and they have agreed to it.

14. The additional time requested for Appellant's Opening Brief is reasonable and in the interest of justice.

15. Granting this motion will not adversely affect the Appellee.

## CONCLUSION

No one chooses when tragedy strikes either themselves or someone in their family. If there is a means to confront the tragedy and a chance to rectify it, caring persons recognize their obligation to do so. Nor does any litigant choose to have their complaint dismissed. Litigation takes time, especially when a litigant is pro se. No litigant should be forced to choose between the welfare of loved ones and pursuing justice in other cases.

For the afore stated reasons, Appellant Catherine A. Joritz, pro se, hereby respectfully requests this Court to grant a 60 (sixty)-day extension of time to file Appellant's Opening Brief with a new due date of April 26, 2021.

Dated: February 17, 2021

                                                  Respectfully submitted,

                                                  *[signature: Cathy Joritz]*

                                                  Cathy Joritz, *Pro Se*
                                                  PO Box 422,
                                                  Perry, KS 66072
                                                  T: 630 857 8907
                                                  E: cjanimate@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2021, I electronically filed the foregoing using the Court's CM/ECF system. On February 17, 2021, a copy of the foregoing was emailed to:

derek.teeter@huschblackwell.com
Michael.Raupp@huschblackwell.com

And on February 18, 2021, I mailed a copy via first-class, prepaid U.S. Mail to:

MICHAEL RAUPP *Attorney for Defendants-Appellants*
DEREK T. TEETER  *Attorney for Defendants-Appellants*
Husch-Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone (816) 983-8000

*[signature: Cathy Joritz]*

Cathy Joritz, Appellee *pro se*
PO Box 422,
Perry, KS 66072
T: 630 857 8907
E: cjanimate@aol.com

## RE: No. 19-3078



**Teeter, Derek** Derek.Teeter@huschblackwell.com     Hide ⌄     Tue, Feb 16, 2021 7:01 am

To **cjanimate@aol.com** cjanimate@aol.com

Cc **Raupp, Michael** Michael.Raupp@huschblackwell.com

Ms. Joritz:

I am sorry to hear about your father's passing.

KU does not oppose a 60 day extension of time of the deadline for you to file your appellate brief. However, KU is unlikely to consent to any further extensions given how long the case has been pending.

We note there is a separate February 23 deadline to either pay the required filing fee or submit a motion for leave to proceed on appeal without prepayment of fees. Although we do not understand you to be asking for an extension of this deadline, KU does not consent to an extension of this separate deadline as it is clerical in nature.

Best,

**Derek T. Teeter**

**Partner**

Direct: 816.983.8331

Derek.Teeter@huschblackwell.com

EXHIBIT 2