FILED
United States Court of Appeals
Tenth Circuit

March 15, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

CATHERINE A. JORITZ,

    Plaintiff - Appellant,

v.

THE UNIVERSITY OF KANSAS,

    Defendant - Appellee,

and

BERNADETTE GRAY-LITTLE, et al.,

    Defendants.

No. 20-3234
(D.C. No. 5:17-CV-04002-SAC-JPO)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on Appellant Catherine A. Joritz's *Motion for a Second 30-Day Extension of Time to File Brief*, in which she requests an extension of time to and including April 26, 2021, to file the opening brief in this appeal.

Upon consideration, and at the direction of the court, the motion is granted. The opening brief shall be filed and served on or before **April 26, 2021**. The court will not grant any further extensions absent extraordinary circumstances.

The court also *sua sponte* extends the deadline for Appellant to either pay the $505 filing fee to the district court or file an application for leave to proceed in forma pauperis on appeal with this court to **April 12, 2021**.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        */s/ Candice Manyak*

        By: Candice Manyak
            Counsel to the Clerk