FILED  
United States Court of Appeals  
Tenth Circuit

April 22, 2021

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

CATHERINE A. JORITZ,

    Plaintiff - Appellant,

v.

THE UNIVERSITY OF KANSAS,

    Defendant - Appellee,

and

BERNADETTE GRAY-LITTLE, et al.,

    Defendants.

No. 20-3234  
(D.C. No. 5:17-CV-04002-SAC-JPO)  
(D. Kan.)

---

## ORDER

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on Appellant's motion for a 30-day extension of time to file her opening brief, and on Appellant's motion for leave to file the extension motion ex parte.

Upon consideration, the motion for leave to file ex parte is granted. However, Appellant is advised that it is not necessary for her to detail confidential information in her filings and future requests to file ex parte may be denied if she unnecessarily includes confidential information in the proposed filing.

The motion for a 30-day extension of time is also granted. Appellant shall file and serve her opening brief on or before May 26, 2021. No further extensions will be granted absent extraordinary circumstances.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Jane K. Castro*

by: Jane K. Castro
    Chief Deputy Clerk