No. 20-3234

IN THE
United States Court of Appeals for the Tenth Circuit

| | |
|---|---|
| CATHERINE A. JORITZ, *PRO SE* <br> PLAINTIFF-APPELLANT <br><br> V. <br><br> UNIVERSITY OF KANSAS <br> DEFENDANTS-APPELLEE | On Appeal from the United States District Court for the District of Kansas <br><br> Case No. 5:17-cv-04002-SAC-JPO <br> The Honorable Sam A. Crow |

**APPELLANT'S MOTION FOR LEAVE TO FILE, EX PARTE, APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF**

COMES NOW Appellant Catherine A. Joritz, *pro Se*, who respectfully requests this Court to grant Appellant leave to file her APPELLANT'S MOTION FOR LEAVE TO FILE, EX PARTE, APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF. In support of this motion, Appellant states the following:

1. APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF includes sensitive, highly personal, HIPPA protected information.

2. Keeping the information included in APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF confidential is according to law and in the interest of justice.

3. Granting leave for Appellant to file her APPELLANT'S MOTION FOR LEAVE TO FILE, EX PARTE, APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF will not harm the opposing party.

1

4.  Notice of this motion has been emailed to Appellee University of Kansas counsel (EXHIBIT 1).

WHEREFORE for the afore stated reasons, Appellant Catherine A. Joritz, pro se, hereby respectfully requests this Court to grant her leave to file, ex parte, her APPELLANT'S MOTION FOR A FOURTH 30-DAY EXTENSION OF TIME TO FILE BRIEF.

Date: May 20, 2021

Respectfully submitted,

Cathy Joritz, *Pro Se*
PO Box 422,
Perry, KS 66072
T: 630 857 8907
E: cjanimate@aol.com



C. JORITZ
PO BOX 422
Perry, KS
66073

10th Circuit Court of Appeals
Byron White Court House
1823 Stout Street
Denver, CO 80257
Attn: Clerk

CATHY JORITZ
(630) 857-8907
THE UPS STORE #5941
STE B
4000 W 6TH ST
LAWRENCE KS 66049-3205

1 LBS     1 OF 1
SHP WT: 1 LBS
DATE: 20 MAY 2021

SHIP 10TH CIRCUIT COURT OF APPEALS
TO: BYRON WHITE COURT HOUSE
    ATTN CLERK
    1823 STOUT ST

DENVER CO 80257-0001

CO 802 9-50

UPS GROUND
TRACKING #: 1Z 5F6 662 03 1304 9432

BILLING: P/P
REF #1: KRM