FILED
United States Court of Appeals
Tenth Circuit

May 25, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CATHERINE A. JORITZ,

    Plaintiff - Appellant,

v.

THE UNIVERSITY OF KANSAS,

    Defendant - Appellee,

and

BERNADETTE GRAY-LITTLE, et al.,

    Defendants.

No. 20-3234
(D.C. No. 5:17-CV-04002-SAC-JPO)
(D. Kan.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

    This matter is before the court on Appellant's fourth motion for a 30-day extension of time to file her opening brief, and on Appellant's motion for leave to file the extension motion ex parte.

    Upon consideration, the motion for leave to file the extension motion ex parte is granted. However, Appellant is advised that the court is aware of her health issues. She need not detail them in her filings. The court will not accept further ex parte submissions from Appellant.

Appellant's fourth motion for an extension of time is also granted. This is Appellant's last extension of time. Appellant shall file her opening brief on or before June 25, 2021.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        *Jane K. Castro*

        by: Jane K. Castro
            Chief Deputy Clerk